429 A.2d 109

Commonwealth v. Fugarino, Appellant.

Submitted December 6, 1979.  John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

We vacate the judgment of sentence and remand this case for an evidentiary hearing to determine whether the witness Inverso's identification testimony was the fruit of a violation of appellant's constitutional rights.  If such a violation is found to have occurred, appellant must be granted a new trial.  If such violation is found not to have occurred, judgment of sentence shall be reinstated.  Appellant and the Commonwealth may appeal from the decision of the evidentiary court.  Cf. *Commonwealth v. Polsky*, 485 Pa. 360, 402 A.2d 1003 (1979).

WICKERSHAM, J., filed a memorandum dissenting statement.